UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRIS SATHER, et al.,

                Plaintiff(s),

    v.

USAA CASUALTY INSURANCE
COMPANY,

                Defendant(s).

CASE NO. C25-1086-KKE

ORDER DENYING WITHOUT
PREJUDICE MOTION FOR A
CONTINUANCE

This matter comes before the Court on the parties' stipulated motion to continue certain pretrial deadlines. Dkt. No. 27. Although the parties have shown good cause to warrant a continuance, the parties' proposal to extend certain pretrial deadlines without also continuing the trial date does not comply with the Court's preferred setoffs, which are set forth in its order regarding chambers procedures in civil cases. *See* Dkt. No. 10 at 6.

Accordingly, the motion is DENIED without prejudice to refiling. To renew the motion, the parties should contact the Courtroom Deputy at KKEcrd@wawd.uscourts.gov to select a new trial date and then re-file a stipulated motion to continue based on the selected date. The Court will then issue an amended case schedule consistent with its standard setoffs.

ORDER DENYING WITHOUT PREJUDICE MOTION FOR A CONTINUANCE - 1

Dated this 27th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DENYING WITHOUT PREJUDICE MOTION FOR A CONTINUANCE - 2